Geary TURNER, Plaintiff–Appellant,

v.

C.Y. TAMPKINS, Warden, Responsible official of defendants # 2 & # 3, sued in her individual and official capacities; et al., Defendants–Appellees.

No. 13–56713.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2015.*

Filed Aug. 3, 2015.

Geary Turner, Norco, CA, pro se.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Geary Turner, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various federal claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to prosecute. *Pagtalunan v. Galaza,* 291 F.3d 639, 640 (9th Cir.2002). We affirm.

The district court did not abuse its discretion in dismissing Turner's action without prejudice for failure to prosecute after Turner failed to file an amended complaint

as ordered by the district court. *See id.* at 642–43 (discussing five factors to consider before dismissing an action for failure to prosecute); *see also Ash v. Cvetkov,* 739 F.2d 493, 497 (9th Cir.1984) (explaining that "[a] relatively brief period of delay is sufficient to justify" a dismissal without prejudice for failure to prosecute).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

